EDWARDS *v.* SAVANNAH & STATESBORO RAILWAY COMPANY.

EVANS, P. J. An appeal from the award of assessors in a condemnation case must be entered in writing, and filed in the office of the clerk of the superior court where the award is filed, within ten days from the time the award is filed. Civil Code (1910), § 5228. An appeal entered after ten days from the filing of the award was not in time, and was properly dismissed.

*Judgment affirmed. All the Justices concur.*
OCTOBER 15, 1913.

Appeal from condemnation. Before Judge Sheppard. Bryan superior court. November 4, 1912.

*J. H. Smith,* for plaintiff in error.

*Johnston & Cone,* contra.